# United States Court of Appeals
## For the First Circuit

No. 10-1321

DEBORAH MAHER,

Plaintiff, Appellant,

v.

MASSACHUSETTS GENERAL HOSPITAL LONG TERM DISABILITY PLAN,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on December 7, 2011, should be amended as follows.

On page 13, line 8 of footnote 6, insert "to" after "going".